thereupon be brought before this Court to determine if this Court should revoke the suspension of this sentence as in the Judgment of this Court which will then seem proper, lawful, and just.

3. That the defendant shall consent to the reasonable search of his person, premises or automobile whenever required to do so by his probation officer, with or without warrant, upon reasonable cause as ascertained by a Probation/Parole Officer. He shall likewise submit to blood-alcohol tests upon demand at the request of his Parole and Probation Officer.

4. That the defendant shall not sell, buy, use, or be in possession of dangerous drugs or associate with persons who possess or use such dangerous drugs.

From: The District Court of the Twentieth Judicial District, County of Lake, STATE OF MONTANA, Plaintiff vs. ROBERT J. PETERSON, Defendant.

DECISION

No. DC-86-107

The application of the above-named defendant for a review of the sentence of 5 years, DANGEROUS designation, for Theft imposed on November 20, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the file shall be remanded back to the Twentieth Judicial District for resentencing or clarification of the sentence.

The Court Minute Entry of the arraignment and sentencing states: "The Court sentences Defendant to five years at MSP, to be served concurrently with a revocation of another sentence." However, the Judgment and Commitment Order failed to mention the revoked sentence, and the manner as to how the two sentences were to run. This Court was unable to determine the intent of the sentencing judge. The Court also notes the absence of a presentence report or any record written or oral as to what apparently was a plea bargain. The record was insufficient for any meaningful review of the sentence as mandated.

We wish to thank Les Ocks of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 3rd day of April, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Second Judicial District, County of Deer Lodge, STATE OF MONTANA, Plaintiff vs. MICHAEL JOSEPH KRISKOVICH, Defendant.

DECISION

No. DC-83-10

The application of the above-named defendant for a review of the sentence for Count I, Deliberate Homicide, 100 years plus 10 years for the use of a weapon, to be served consecutively; Count II, Deliberate Homicide, 100 years plus 10 years for the use of a weapon to be served consecutively; Count I and Count II shall be served concurrent to each other imposed on September 26, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

The Sentence Review Board shall clarify the wording in the original Judgment. The Defendant shall serve 100 years for Count I, Deliberate Homicide, plus 10 years for the use of a weapon, to be served consecutively; 100 years for Count II, Deliberate Homicide, plus 10 years for the use of a weapon, to be served consecutively; Count I and Count II shall be served concurrent to each other, therefore the Petitioner shall serve a total of 110 years in the Montana State Prison and shall be designated as a nondangerous offender.

HONORABLE DOUGLAS HARKIN DISSENTING: He would have designated the defendant a DANGEROUS OFFENDER because it was his second offense involving the use of a firearm.

We wish to thank Colleen Ambrose of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 3rd day of April, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. ROBERT LEON CONDON, Defendant.

DECISION

No. 86-110

The application of the above-named defendant for a review of the sentence of 30 years for Sexual Intercourse without Consent; DANGEROUS DESIGNATION imposed on September, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Diane Davey of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 3rd day of April, 1987.